UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 24-03178 WDK (JC) | Date | July 23, 2025 |
|---|---|---|---|
| Title | G & G CLOSED CIRCUIT EVENTS, LLC v. RAMON MISAEL GUERRERO ELENES, ET AL. | | |

| Present: The Honorable | WILLIAM D. KELLER | |
|---|---|---|
| Lesbith Castillo Orellana | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers):  ORDER TO SHOW CAUSE

On April 17, 2025, the Court granted the law firm of Manatt, Phelps & Phillips, LLP's ("Manatt") motion to withdraw as counsel for defendants Ramon Misael Guerrero Elenes, individually and d/b/a Culichi Town Restaurant a/k/a Culichi Town ("Elenes"), Culichitown Bell, Inc. ("Culichitown Bell, Inc."), and Culichitown Corporation, Inc., an unknown business entity d/b/a Culichi Town Restaurant a/k/a Culichi Town ("Culichitown Corporation, Inc.") (collectively, "defendants").  [Doc. No. 35.]  Because Culichitown Bell, Inc. and Culichitown Corporation, Inc. are corporations and therefore may not appear pro se, Manatt was ordered to inform them in writing that they must retain new counsel within thirty (30) days.  *Id.*  Manatt was further ordered to advise Culichitown Bell, Inc. and Culichitown Corporation, Inc. that failure to retain new counsel or otherwise respond within thirty (30) days may result in the imposition of monetary and terminating sanctions and the entry of default.  *Id.*

The Court further extended all dates and deadlines in the action by thirty (30) days, and ordered defendants "to submit by May 20, 2025: (1) notice of substitution of counsel for defendants Culichitown Bell, Inc., and Culichitown Corporation, Inc., and (2) notice of substitution of counsel for defendant Elenes or a statement concerning this defendant's readiness to proceed in pro se."  *Id.*  The Court advised the defendants that, [f]ailure to respond timely may result in the entry of default judgment against defendants, without further notice from the court."  *Id.*

On April 22, 2025, Manatt filed a declaration of compliance with order granting motion for leave to withdraw as counsel for defendants providing notice to the defendants in compliance with the Court's orders.  [Doc. No. 37.]  To date, Culichitown Bell, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-03178 WDK (JC) | Date | July 23, 2025 |
|---|---|---|---|
| Title | G & G CLOSED CIRCUIT EVENTS, LLC v. RAMON MISAEL GUERRERO ELENES, ET AL. | | |

and Culichitown Corporation, Inc. have failed to retain new counsel or otherwise provide any response to the Court. Defendant Elenes has also failed to provide notice of substitution of counsel, a statement concerning his readiness to proceed in pro se, or any response to the Court.

On June 10, 2025, plaintiff filed an ex parte application to vacate the plaintiff's obligation to participate in mediation and requesting that the defendants' answer be stricken and the entry of default be entered against all defendants. [Doc. No. 39.]

In accordance with the foregoing, the defendants are hereby ordered to show cause in writing why their answer to the complaint should not be stricken within seven (7) days of the date of this order. Failure to comply will result in the answer being stricken as to all defendants and the entry of default.

Plaintiff's counsel is ordered to serve this minute order on all defendants.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | lca |